UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN F.P. CIOLINO,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA EX REL, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00030-ART-NJK<br><br>**ORDER**<br><br>[Docket Nos. 42, 43] |

    Pending before the Court are Plaintiff's motion to compel discovery and motion to extend case management deadlines. Docket Nos. 42, 43. Defendants filed a notice of non-opposition to the motion to extend, Docket No. 45, but have not yet responded to the motion to compel.

    The gist of Plaintiff's motions is that Defendants dropped the ball on responding to discovery, Defendants agreed to an extension during conferral efforts, and Defendants did not file said extension in an attempt to run out the discovery clock. As noted above, while they do not concede the substance of these points, Defendants agree to an extension. Although the Court does not find a 90-day extension to be warranted, the Court **GRANTS** in part the unopposed motion to extend (Docket No. 42). In particular, the Court **RESETS** case management deadlines as follows:

- Amend pleadings/add parties: closed
- Discovery cutoff: August 20, 2024
- Discovery motions: September 3, 2024
- Dispositive motions: September 19, 2024
- Joint proposed pretrial motion: October 18, 2024, or 30 days after resolution of dispositive motions

With respect to the motion to compel discovery, it appears that the parties are attempting to resolve their dispute through conferral efforts and the inference from the papers is that Defendants have agreed to respond to the discovery at issue. Given these circumstances, the Court **DENIES** without prejudice the motion to compel discovery (Docket No. 43). Although the Court need not resolve the arguments presented, the timeline presented through Plaintiff's declaration is certainly cause for concern and, if true, defense counsel must take additional action to ensure compliance with all discovery obligations in diligent fashion.

IT IS SO ORDERED.

Dated: July 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge