# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN F.P. CIOLINO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA EX REL, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00030-ART-NJK<br><br>**ORDER**<br><br>[Docket No. 48] |

　　　　Pending before the Court is Plaintiff's motion to extend case management deadlines. Docket No. 48.  Defendants must file a response by August 30, 2024.

　　　　IT IS SO ORDERED.

　　　　Dated: August 27, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1