# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHEN F.P. CIOLINO,

    Plaintiff(s),

v.

STATE OF NEVADA EX REL, et al.,

    Defendant(s).

Case No. 2:23-cv-00030-ART-NJK

**ORDER**

[Docket No. 48]

Pending before the Court is Plaintiff's motion to extend case management deadlines. Docket No. 48. Although they dispute the substance of Plaintiff's motion, Defendants do not oppose the request for the extension. Docket No. 52. The parties are currently working through a discovery dispute, with Defendants recently sending Plaintiff a letter with objections. *See* Docket No. 52-1. The Court will not herein opine on that discovery dispute, but the Court does find sufficient justification to extend deadlines. Accordingly, the Court **GRANTS** the motion to extend and **RESETS** case management deadlines as follows:

- Amend pleadings/add parties: closed
- Discovery cutoff: October 4, 2024
- Discovery motions: October 18, 2024
- Dispositive motions: November 4, 2024
- Joint proposed pretrial motion: December 3, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: September 3, 2024

                                          Nancy J. Koppe
                                          United States Magistrate Judge