UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN F. P. CIOLINO,<br><br>      Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA EX REL,<br><br>      Defendant(s). | Case No. 2:23-cv-00030-ART-NJK<br><br>**Order**<br><br>[Docket No. 56] |

Pending before the Court is Plaintiff's certificate of service regarding requests for admission. Docket No. 56. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1