# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN F.P. CIOLINO,<br><br>       Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA EX REL, et al.,<br><br>       Defendant(s). | Case No. 2:23-cv-00030-ART-NJK<br><br>**ORDER**<br><br>[Docket No. 70] |

Pending before the Court is Defendants' motion to extend case management deadlines. Docket No. 70. No response was filed.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The present circumstances leave much to be desired. Most significantly, Defendants were not diligent throughout the discovery period and backloaded their discovery efforts, which led to discovery motion practice late in the process. Nonetheless, discovery motion practice was filed by both sides and the motion to extend was filed so that the discovery motion practice could be resolved before proceeding to summary judgment. *See* Docket No. 70 at 5. The Court is also mindful that the purpose of summary judgment motion practice is to preserve judicial and party resources in proceeding to trial if there truly is no need for one. Providing an opportunity to file motions for summary judgment furthers that goal.[1]

---

[1] The Court expresses no opinion herein on whether any motion for summary judgment filed in this case will in fact be meritorious.

1

Accordingly, the motion to extend is **GRANTED** in part.[2] The deadline to file dispositive motions is **EXTENDED** to May 15, 2025, and the deadline to file the joint proposed pretrial order is **EXTENDED** to June 16, 2025. If dispositive motions are filed, the deadline to file a joint proposed pretrial order will be suspended until 30 days after resolution of dispositive motions.

IT IS SO ORDERED.

Dated: March 31, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The motion to extend also seeks to reopen the deadline for filing discovery motions, arguing that Defendants should have a further opportunity to file discovery motion practice after Plaintiff responds to the discovery at issue in Defendants' motion to compel. *See, e.g.*, Docket No. 70 at 3 n.1. Concurrently with the issuance of this order, the Court is denying Defendants' motion to compel. As such, this aspect of the motion to extend is denied as moot.