# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Stephen F.P. Ciolino,

    Plaintiff(s),

v.

State of Nevada ex rel, et al.,

    Defendant(s).

Case No. 2:23-cv-00030-ART-NJK

**ORDER**

[Docket No. 112]

Pending before the Court is Plaintiff's motion for sanctions. Docket No. 112. The motion was filed on an ex parte basis, so it is not clear that the defense was provided notice of the motion. *See* Local Rule IA 7-2(a). Insufficient justification is provided to resolve this motion without notice to the defense, particularly given that similar issues have already been addressed on the public docket in this case. *See* Docket No. 93 (after full briefing, denying the motions at Docket Nos. 73, 74, 75, 82, 87, and 88). Accordingly, the Clerk's Office is **INSTRUCTED** to remove the restrictions from Docket No. 112. The deadline to file a response to the motion is set for December 3, 2025, with any reply due thereafter pursuant to the default schedule. *See* Local Rule 7-2(b).

    IT IS SO ORDERED.

    Dated: November 18, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge